**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Darrel G. JONES, Defendant–**
**Appellant.**

**No. 10–30623**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 21, 2011.

Diane Hollenshead Copes, Esq., U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Raymond Steven Sussman, Esq., Sussman Law Firm, Brooklyn, NY, for Defendant–Appellant.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Darrel G. Jones, federal prisoner # 30209–048, filed a 28 U.S.C. § 2255 mo-

---

tion, challenging his convictions for possession with intent to distribute cocaine and possession of a firearm during a drug trafficking offense and his aggregate 248–month sentences. The district court found that Jones's § 2255 motion was successive and transferred the case to this court for a determination whether Jones was entitled to authorization to proceed. Jones currently seeks a certificate of appealability (COA) to appeal the district court's denial of his motion for reconsideration of this transfer order.

If necessary, this court must examine the basis of its jurisdiction sua sponte. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir.1987). The order denying Jones's motion to reconsider the order transferring his § 2255 motion to this court is a nonappealable interlocutory order. *See* 28 U.S.C. §§ 1291, 1292(a), (b); FED.R.CIV.P. 54(a), 59(e); *Brinar v. Williamson*, 245 F.3d 515, 516–18 (5th Cir.2001). This court is without jurisdiction to consider Jones's request for a COA. Consequently, the motion for a COA is DENIED, and the APPEAL IS DISMISSED for lack of jurisdiction.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.